**Order entered November 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00133-CV

### IN THE INTEREST OF M.H. AND T.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-26862**

## ORDER

Before the Court is appellant's November 18, 2019 second motion for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than December 18, 2019. We caution that further extension requests will be disfavored.

/s/     BILL WHITEHILL
          JUSTICE